SLIP OPINION

Cite as 2015 Ark. App. 332

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CV-14-914

| | |
|---|---|
| JASMINE HOLLOWAY<br><br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILD<br><br>APPELLEES | **Opinion Delivered** May 20, 2015<br><br>APPEAL FROM THE GARLAND COUNTY CIRCUIT COURT [NO. JV-2014-129]<br><br>HONORABLE VICKI SHAW COOK, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## PHILLIP T. WHITEAKER, Judge

Appellant Jasmine Holloway appeals from the Garland County Circuit Court's order terminating her parental rights to her daughter, G.H. On appeal, Holloway contends that the circuit court erred in finding G.H. to be dependent-neglected, in finding aggravated circumstances as a basis for terminating her parental rights, and in "fast-tracking" the termination of her parental rights. We are unable to reach these arguments at this time because of deficiencies in Holloway's addendum.

Arkansas Supreme Court Rule 4-2(a)(8)(A)(i) (2014) requires that an appellant's brief include an addendum consisting of all documents essential to the appellate court's resolution of the issues on appeal, including, but not limited to: the pleadings; all motions, responses, replies, exhibits, and related briefs, concerning the order challenged on appeal; and the order

from which the appeal is taken. If we determine that deficiencies or omissions in the abstract or addendum need to be corrected, but complete rebriefing is not needed, then we may order the appellant to file a supplemental abstract or addendum within seven calendar days to provide the additional materials from the record to the members of the appellate court. Ark. Sup. Ct. R. 4–2(b)(4).

In this case, the copy of the termination order found in Holloway's addendum is missing several pages. Specifically, record pages 45a, 45b, and 46a are not found in the addendum. In addition, both Holloway and G.H.'s attorney ad litem filed responses to the Arkansas Department of Human Services' petition to terminate Holloway's parental rights; these documents, found at pages 156–59 of the record, are also missing from the addendum. Accordingly, Holloway has seven days in which to file a supplemental addendum in compliance with Rule 4–2(b)(4). We encourage counsel to review the Rules of the Arkansas Supreme Court as well as the record and addendum to ensure that no additional deficiencies are present.

Supplemental addendum ordered.

KINARD and HOOFMAN, JJ., agree.

*Kearney Law Offices*, by: *Jeffery H. Kearney*, for appellant.

*Tabitha B. McNulty*, County Legal Operations, for appellee.
*Chrestman Group, PLLC*, by: *Keith L. Chrestman*, attorney ad litem for minor children.